IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

| | | |
|---|---|---|
| Consumers' Research, et al., | ) | |
|                 Petitioners, | ) | |
| | ) | |
|     v. | ) | No. 24-60667 |
| | ) | |
| Federal Communications Commission | ) | |
|  and United States of America, | ) | |
|                 Respondents. | ) | |

**CONSENT MOTION TO HOLD IN ABEYANCE**

Respondents respectfully request that the Court hold this case in abeyance pending the completion of Supreme Court review of this Court's decision in a closely related case. We have discussed this motion with counsel for petitioners and counsel for the intervenor supporting respondents. We are authorized to state that all parties to this case consent to the motion.

In this case, petitioners challenge the Federal Communications Commission's adoption of a universal service contribution factor for the first quarter of 2025. They argue that section 254 of the Communications Act, 47 U.S.C. § 254, unlawfully delegates legislative power to the FCC, and that the Commission unlawfully delegated governmental power to the Universal Service Administrative Company, a private entity that serves as the administrator of the FCC's universal service program. Petitioners raised these same claims when they challenged the FCC's universal service contribution factor for the first quarter of

2022 in *Consumers' Research v. FCC*, 5th Cir. No. 22-60008. On July 24, 2024, the en banc Court in that case ruled in favor of petitioners by a vote of 9 to 7. Issuance of the mandate in that case was stayed pending the filing of a petition for writ of certiorari by respondents. On September 30, 2024, respondents filed a petition for writ of certiorari seeking Supreme Court review of this Court's decision in No. 22-60008. *See FCC v. Consumers' Rsch.*, Sup. Ct. No. 24-354. On November 22, 2024, the Supreme Court granted respondents' petition for certiorari.

In light of these developments, respondents respectfully ask the Court to hold this case in abeyance pending a ruling from the Supreme Court on review of this Court's decision in No. 22-60008.

Respectfully submitted,

/s/Gerard J. Sinzdak

Gerard J. Sinzdak
Attorney, Appellate Staff
Civil Division, Room 7242
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Washington, DC 20530
(202) 514-0718

Jacob M. Lewis
Acting General Counsel

/s/James M. Carr

James M. Carr
Counsel
Federal Communications Commission
Washington, DC 20554
(202) 418-1740

February 3, 2025

2

# CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT

Certificate of Compliance With Type-Volume Limitation,
Typeface Requirements and Type Style Requirements

1. This document complies with the type-volume limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f):

    ☒ this document contains <u>277</u> words, *or*

    ☐ this document uses a monospaced typeface and contains _ lines of text.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because:

    ☒ this document has been prepared in a proportionally spaced typeface using <u>Microsoft Word in Office 365</u> in <u>14-point Times New Roman</u>, *or*

    ☐ this document has been prepared in a monospaced spaced typeface using _____ with _____.

>   */s/ James M. Carr*
>
>   James M. Carr
>   Counsel
>
>   Federal Communications Commission
>   Washington, D.C.  20554
>   (202) 418-1740

# CERTIFICATE OF FILING AND SERVICE

I, James M. Carr, hereby certify that on February 3, 2025, I filed the foregoing Consent Motion to Hold in Abeyance with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit using the electronic CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

*/s/ James M. Carr*

James M. Carr
 Counsel

Federal Communications Commission
Washington, D.C.  20554
(202) 418-1740