# IN THE
# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

| | |
|---|---|
| CONSUMERS' RESEARCH, et al.,<br><br>   Petitioners,<br><br>        v.<br><br>FEDERAL COMMUNICATIONS COMMISSION & UNITED STATES OF AMERICA,<br><br>   Respondents. | Nos. 22-60008, 22-60195, 22-60363, 23-60359, 23-60525, 24-60006, 24-60160, 24-60330, 24-60494, 24-60667, 25-60164, 25-60357 |

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. App. P. 42(b)(1), the parties hereby stipulate to the dismissal of the petitions in the above proceedings, with each side to bear its own costs and fees.

1

Respectfully submitted,

/s/ Michael S. Raab
Michael S. Raab
Caroline Tan
Attorneys, Appellate Staff
Civil Division
U.S. Department of Justice
Washington, DC 20530
(202) 616-5142

*Counsel for the United States*

Jacob M. Lewis
Associate General Counsel

/s/ James M. Carr
James M. Carr
Counsel
Federal Communications Commission
Washington, DC 20554
(202) 418-1740

*Counsel for the Federal Communications Commission*

/s/ R. Trent McCotter
R. Trent McCotter
BOYDEN GRAY PLLC
800 Connecticut Ave. NW
Suite 900
Washington, DC 20006
202-706-5488
tmccotter@boydengray.com

*Counsel for Petitioners*

# CERTIFICATE OF SERVICE

I certify that on this date, the foregoing stipulation was electronically filed with the United States Court of Appeals for the Fifth Circuit using the CM/ECF system. Notice was sent electronically to all the parties.

<u>/s/ R. Trent McCotter</u>

*Counsel for Petitioners*